# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JOHN SHACKELFORD | § |
| | § |
| v. | § CIVIL ACTION NO. 4:18-cv-00035 |
| | § Judge Mazzant |
| BONHAM INDEPENDENT SCHOOL DISTRICT | § |
| | § |
| | § |

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, the undersigned presiding, and the issues having been duly tried after the jury having duly rendered its verdict.

It is **ORDERED** and **ADJUDGED** that Plaintiff takes nothing and that Plaintiff's case against Defendant is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that each party bear its own costs.

All motions pending are **DENIED**, and all relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**

SIGNED this 11th day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE